UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK GAINES,

    Plaintiff,

    v.

RANDALL BAYLER, *et al.*,

    Defendants.

Case No. 11-cv-00003-JPG-PMF

## MEMORANDUM AND ORDER

    This matter comes before the Court on Magistrate Judge Frazier's order to show cause why this case should not be dismissed for lack of prosecution (Docs. 25 & 26). Material in the file indicates plaintiff Mark Gaines failed to notify the Court of his mailing address despite several admonitions that he must keep the Court apprised of his mailing address. This failure has hampered the defendants in preparing their defense. Magistrate Judge Frazier ordered Gaines to show cause on or before June 22, 2012, why this case should not be dismissed for want of prosecution and mailed it to the last address Gaines provided to the Court. The order was returned to the Court with the following notation: "Attempted – Not Known. Unable to Forward." Accordingly, the Court **GRANTS** the defendants' motion to dismiss for lack of prosecution (Doc. 24), **DISMISSES** this case **with prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and **DIRECTS** the Clerk of Court to enter judgment accordingly. The Court further **DIRECTS** the Clerk of Court to send a copy of this order to Gaines at 18550 Torrence Ave., Condo 2, Lansing, IL 60438.

**IT IS SO ORDERED.**
**DATED: July 11, 2012**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**