UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK GAINES,

    Plaintiff,

        v.                          Case No. 11-cv-00003-JPG-PMF

RANDALL BAYLER, *et al.*,

    Defendants.

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to prosecute, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: July 11, 2012**         **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                by s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**