UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK GAINES,

    Plaintiff,

       v.

RANDALL BAYLER, *et al.*,

    Defendants.

Case No. 11-cv-00003-JPG-PMF

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to prosecute, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** July 11, 2012

**NANCY J. ROSENSTENGEL, Clerk of Court**

by s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**